## STATE OF CONNECTICUT *v.* JAMES T. STONE
### (6565)

DALY, STOUGHTON and O'CONNELL, Js.

Argued June 16—decision released June 24, 1988

*Richard W. Gifford,* with whom was *Paul B. Groobert,* for the appellant (defendant).

*Leon F. Dalbec, Jr.,* deputy assistant state's attorney, with whom, on the brief, was *T.R. Paulding,* assistant state's attorney, for the appellee (state).

PER CURIAM. There is no error.